GRIFFIN TAYLOR et al. v. GEORGE C. THOMAS et al.

Notice of argument left at the solicitor's dwelling-house, in his absence, is good service.

Notice good, though *dated* on Sunday.

Exceptions to the master's report must be filed within eight days.

THIS cause was set down for final hearing upon a master's report. The report was filed June 9th, 1838. Exceptions to the report were filed on Monday, June 18th, nine days after filing the report. On the same day, notice of final hearing was left at the dwelling-house of the solicitor of the defendants, during his absence at Washington. The notice was dated on *Sunday*, though served on Monday.

*W. Halsted*, for the defendants, objected to the hearing—

1. Because the notice was illegal, being dated on Sunday.

2. Because the service was irregular.

3. Because the exceptions to the master's report had not been disposed of.

He insisted that there was no rule of the court requiring exceptions to be filed within eight days.

That if such rule exists, yet where the eight days expire on Sunday, exceptions filed on the ninth day are in time.

That if exceptions were filed a day too late, a strict rule of practice ought not to be enforced to the prejudice of the defendants' rights.

THE CHANCELLOR. The notice of hearing is good, and the service regular. The exceptions to the master's report are filed too late; nevertheless, if I were satisfied of merit on the part of the defendants, and that the exceptions were not intended for

delay, I would let them stand. As it is, the exceptions must be overruled, and the hearing come on.

By consent, the cause was heard upon exceptions to the report, and upon final hearing.

---

At this term the chancellor adopted the following GENERAL RULE :—

No other causes will be heard at a special term, except such as are set down by consent of parties, unless otherwise specially ordered by the court. A demurrer will not be overruled at a special term, nor will parties be permitted to use a special term to expedite a cause out of the usual course, unless by consent.